Entered: August 19th, 2026

Signed: August 18th, 2026

**SO ORDERED**

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| T & C CATTLE COMPANY, LLC | * | Case No: 26-16414-LSS (Chapter 12) |
| Debtor | * | |

* * * * * * * * * * * *

| | | |
|---|---|---|
| T & C CATTLE COMPANY, LLC | * | |
| Plaintiff | * | |
| v. | * | Adv. Proc. No: 26-00153-LSS |
| PRODUCER'S CREDIT CORPORATION aka AGRISPAN | * | |
| | * | |
| Defendant | * | |

* * * * * * * * * * * *

CONSENT ORDER GRANTING MOTION FOR APPROVAL OF
SETTLEMENT RESOLVING PRODUCER'S CREDIT CORPORATION'S LIEN

Upon consideration of the Motion for Approval of Settlement Resolving Producer's Credit Corporation's Lien (the "Motion") filed by T & C Cattle Company, LLC, the debtor and debtor in possession herein (the "Debtor"), adequate and proper notice having been provided to all parties entitled thereto under the circumstances, and the Court, having considered all factors bearing on the wisdom of the compromise and finding good cause to grant the relief requested, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1. That the Motion is GRANTED.

2. The UCC-1 filed by Agrispan on March 17, 2026, with the Maryland Department of Assessments and Taxation is avoided and set aside in its entirety with respect to the Debtor, pursuant to 11 U.S.C. §§ 547(b) and 550(a), and Agrispan's purported security interest in all of the Debtor's assets is extinguished.

3. Agrispan hereby relinquishes any and all interest, right, title, lien, or claim in or to any cash or cash collateral of the Debtor.

4. Within ten (10) business days following entry of this Order, Agrispan shall file a UCC-3 termination statement with the Maryland Department of Assessments and Taxation terminating the UCC-1 with respect to the Debtor.

5. The Debtor's rights with respect to Agrispan's claim are reserved.

6. The Parties are hereby authorized and directed to take any and all necessary actions to implement the Settlement as contemplated in the Motion.

CONSENTED TO:

/s/ Darby J. Fowler
Paul Sweeney, 07072
Darby J. Fowler, 32260
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
(443) 569-5972 / (443) 569-5977
psweeney@yvslaw.com/dfowler@yvslaw.com

Counsel for Plaintiff

/s/ Anthony J. DiPaula
Anthony J. DiPaula, 03024
Law Offices of Anthony J. DiPaula, P.A.
34 South Main Street
Bel Air, Maryland 21014
(410) 893-4255
ajdipaula@dipaulalaw.com

Counsel for Producer's Credit Corporation

I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Darby J. Fowler
Darby J. Fowler

cc: Paul Sweeney, Esquire
Darby J. Fowler, Esquire
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401

Attached Service List

**END OF ORDER**

Anthony J. DiPaula, Esquire
(ajdipaula@dipaulalaw.com)
Counsel for Producer's Credit Corporation
Law Offices of Anthony J. DiPaula, P.A.
34 South Main Street
Bel Air, Maryland 21014

Rebecca A. Herr, Chapter 12 Trustee
(ecf@ch13md.com)
185 Admiral Cochrane Drive, Suite 240
Annapolis, Maryland 21401

L. Jeanette Rice, Esquire
(jeanette.rice@usdoj.gov)
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

US Trustee – Greenbelt
(ustpregion04.gb.ecf@usdoj.gov)
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

**The following parties received CM/ECF notice of the filing:**

Darby J. Fowler, Esquire
(dfowler@yvslaw.com)
Counsel for Debtor
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401

Paul Sweeney, Esquire
(psweeney@yvslaw.com)
Counsel for Debtor
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401